801 N Florida Ave
Tampa, Fl   33602

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Tampa___Division

## CIVIL RIGHTS COMPLAINT FORM

Mark Wagenhoffer
3824542

CASE NUMBER: 8:23 cv1104 MSS-SPF
(To be supplied by Clerk's Office)

_____

(Enter **full name** of each **Plaintiff** and prison
number, if applicable)

v.

Serbo Simeoni
Judge Greg
Scott Spencer Tremblay

_____

(Enter **full name** of each **Defendant**. If
additional space is required, use the blank
area directly to the right).

_____/

2023 MAY 19  AM 10: 10
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

FILED

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.    <u>PLACE OF PRESENT CONFINEMENT:</u> Pasco County Jail
                       (Indicate the name and location)
20101 Central Blvd  Land O Lakes, Fl 34637

II.   <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS?</u> Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

DC 225 (Rev. 9/03)             1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

    1.   Informal Grievance (Form DC3-005)
    2.   Formal Grievance (Form DC1-303)
    3.   Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1.   Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (X)

    2.   If so, you must attach a copy of the grievance and response to this Complaint form.

    3.   Were you denied emergency status? Yes ( ) No (X)

        a.   If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

        b.   If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    Informal Grievance (Request for Interview)

1.   Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ☒

2.   If so, you must attach a copy of the grievance and response to this Complaint form.

C.    <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1.   Did you have a disciplinary hearing concerning this matter? Yes ( ) No ☒

2.   If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3.   Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ☒

4.   If so, you must attach a copy of the grievance and response to this Complaint form.


D.    <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1.   Did you submit an appeal to the Office of the Secretary (Form DC1-303)?
     Yes ( ) No ☒

2.   If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _May_ ~~day of~~ _14_ , 2_023_ .

_Mark Wagenhoffer_
Signature of Plaintiff

III.    DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes ( ) No (X)

If your answer is YES, answer the following questions.

A.    Is there a grievance procedure at your institution or jail?  Yes ( ) No ( )

B.    Did you present the facts relating to your Complaint in the grievance procedure?  Yes ( ) No ( )

C.    If your answer is YES:

1.    What steps did you take? _____

_____

2.    What were the results? _____

_____

3.    To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.    If your answer is NO, explain why not: _This Matter is Not involing a incident within the Jail_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___14___ day of ___May___ , 2_023_ .

_____
Signature of Plaintiff

IV.    <u>PREVIOUS LAWSUITS</u>:

    A.    Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No [X]

    B.    Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No [X]

    C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

        1.    Parties to previous lawsuit:

            Plaintiff(s): _____

            _____

            Defendant(s): _____

            _____

        2.    Court (if federal court, name the district; if state court, name the county):

            _____

        3.    Docket Number: _____

        4.    Name of judge: _____

        5.    Briefly describe the facts and basis of the lawsuit: _____

            _____

            _____

        6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

            _____

            _____

        7.    Approximate filing date: _____

        8.    Approximate disposition date: _____

    D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)

5

NO lawsuites dismissed
as frivolous.
I have filed/initated law suits in the US
District court I Do NOT recall exact date or reason
for dismissal

V.   PARTIES: In part A of this section, indicate your <u>full name</u> in the first blank and your full
mailing address in the second blank. Do the same for each additional Plaintiff named in the
Complaint (if any) in part B of this section:

A.   Name of Plaintiff: Mark Wagenhoffer

Mailing address: Pasco County Jail 20101
Central BlVD, Land O Lakes, Fl 34637

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his
or her mailing address, position, and where he or she is employed. For any additional
Defendants, use parts D through G of this section for the names, addresses, positions and
places of employment:

C.   Defendant: Judge Grey

Mailing Address: 7530 Little Rd
New Port Richey, Fl 34654

Position: County Court Judge.

Employed at: Pasco County Courthouse

D.   Defendant: Serho Carlo Simeoni

Mailing Address: 1700 McMullen Booth RD STE A7
Clearwater, Fl 33759

Position: Attorney at Law

Employed at: Self

E. Defendant: Scott Spencer Tremblay

Mailing Address: 7334 Little Rd

New Port Richey, Fl 34654

Position: Attorney at Law

Employed at: Criminal Conflict and Regional Counsel

F. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

DC 225 (Rev. 9/03)                    7

legal Malpractice / Breach of fiduciary duty

**VI.** **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

My 14th Amendment right to due process of law resulting in Loss of liberty
6th Amendment Right to a speedy trial
My 6th Amendment Right to Reasonable and Conflict free Counsel in criminal Courts. Incarceration as a Pretrial detinee over the maximum Sentence if found guilty

**VII.** **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

In this case Pasco County Court Judge Greey has violated my consitutional right to due process of law resulting in a loss of liberty, loss of my right to a Speedy trial, loss of my right to reasonable Counsel and my right to conflict free Counsel.
Pasco County Court Case #2019-00218 CT is a charge for Second degree MM DUI Currently I have over 13 months of Jail credit on a charge that if found Guilty carries a maximum of 6 months incarceration

Statement of Facts, continued:

My case (2019-002186CT) was assigned to Judge Greg's court from 11/29/2020 untill 7/8/2022, on 7/8/2022 an order of Recusal and section reassignment was placed into the case record. Judge ANNE Waisbore is Now assigned to this case. On 9/22/2022 Defendant Serbo Simeoni was Removed for my case

The forgoing facts clearly show that all of the defendants in this lawsuite are NO Longer any part of my ongoing MMM case 2019-802186 CT.

Pasco County Court Judge Greg had the duty to Safeguard Mark Hagenhoffes Constitutional rights. Judge Greg violated Fla. R. C. P. 3.180(a) The Judge has held numerous pretrial hearing without my writtin waiver of my appearance. Judge Greg ruled on my pro-se motions without my presence. I did file a Demand for Speedy trial, by the rights Afforded By Artical 1 Sect 16 of the Fla. Consitution I did file a notice of experation of speedy trial time and motion for discharge all in accordance of fla rules of C.P. 3.191

Statement of Facts continued

On 4/7/2022 at a pretrial conference
that I was present at my defense attorney
was instructed to prepare a motion
for ROR DUE TO The fact I Have
over 13 Months of Jail CREDIT on
a charge that if I was found guilty of
carries a SIX month maximum sentence
of incarceration. The case was reset for
5/12/2022.
    On 5/12/2022 Judge Grey Allowed
attorney Scott Tremblay to appear on
my behalf in violation of a Court
order signed by Chief Judge Anthony
Rondolino removing Scott Tremblay from
my case due to ethical conflict
Judge Grey was aware of the fact
that I have already served more
time in jail than allowed by Statue
Judge Grey granted Scott Tremblay's
request for a continuance

(10)

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

[ ] Yes [ ] No If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [ ] No

*If yes, how much?* $__________

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12. *State the city and state of your legal residence.*

*Your daytime phone number*: (___) __________

*Your age*: ______ *Your years of schooling*: ______

From May 12, 2022 until A Surity Bond was posted On June 3, 2022 I was held Soley on case #2019-2186CT even though I had already Served 13 months on Case #2019-2186 CT a charge that carries a maximum jail Sentence of Six months.

The forgoing is clear, convincing, and overwhelming proof the county Court Judge Grey violated my consitution rights to due process, (14th Amend USC) my consitutional right to a speedy trial, my consitutional right to conflict free Counsel. The Judge action has caused me irreparable harm! loss of freedom

_____
(City)                          (State)              (Zip Code)


III.   MARITAL STATUS:

1.   Single ___          Married ___          Separated __   Divorced _____

2.   If married, spouse's full name: _____


IV.   DEPENDENTS:

1.   Number: _____

2.   Relationship to dependent(s): _____

3.   How much money do you contribute to your dependents' support on a monthly basis?  $_____


V.   EMPLOYMENT: (Information provided below applies to your present employment or last employment.)

1.   Name of employer: _____

     a.   Address of employer: _____
                                        (Street)

          _____
          (City)                   (State)              (Zip Code)

     b.   State how long affiant has been (was) employed by present (or last) employer?

          Years: _____          Months: _____

     c.   Income:       Monthly $_____          or     Weekly $_____

     d.   What is (was) affiant's job title? _____

2.   If unemployed, date of last employment: _____

3.   Is spouse employed? _____   If so, name of employer: _____

     _____

     a.   Income:       Monthly $_____          or     Weekly $_____

     b.   What is spouse's job title? _____

4.   Are you and/or your spouse receiving welfare aid?

     If so, amount:   Monthly $_____          or     Weekly $_____

DC 101 (Rev. 9/03)                          2

**Statement of Facts, continued:**



Defendant Serbo C. Simeoni violated my consitutional right to effective counsel by failing to file a motion for my release on case #2019-2186a due to having already served over the statutory maximum Jail sentence if I was to be found Guilty of Charges.

As a direct result of Serbo Simeoni negelgence of his duty I did suffer irrepairable damages, loss of my freedom. I'm asking for punitive damages from Attorney Serbo Simeoni in the amount of $222,000

Scott trembley was removed from my case due to ethical conflict

Defendant Scott Trembley violated my right to conflict free counsel by making an appearance in Judge O'Grey's court room on my Behalf on May 12, 2022 I'm asking for punitive damages against Scott Trembley in the Amount of $500,000 Scott Trembley's action caused me loss of freedom for 33 days loss of my right to speedy trial.

DC 225 (Rev. 9/03)                                    12

VI.   STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

VII.  STATEMENT OF FACTS:  State as briefly as possible the FACTS of your case. Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

DC 225 (Rev. 9/03)

VIII.   RELIEF REQUESTED:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

nominal ~~Damages~~ Damages

Declaratory relief

Injunctive relief that the court

deems appropriate

Punitive Damages against Serbos Simeon

in the amount of $220,000 and punitive damages

against Attorney Scott Trembley in the amount

of $500,000

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __14__ day of __May__ , 2__023__ .

_Mark Wagenhoffer_

_____

_____

_____

(Signatures of all Plaintiffs)

_Mark Wagenhoffer_